**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LUDVIGSEN, LISA LEE | § | Case No. 13-81724 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 09, 2013. The undersigned trustee was appointed on January 08, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          12,341.08

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2.30 |
| Bank service fees | 129.53 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 6,170.54 |
| Exemptions paid to the debtor | 2,749.17 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 3,289.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 03/13/2014 and the deadline for filing governmental claims was 03/13/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $855.34.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $855.34, for a total compensation of $855.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2014            By: /s/JAMES E. STEVENS
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81724  
**Case Name:** LUDVIGSEN, LISA LEE  

**Period Ending:** 10/16/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/09/13 (f)  
**§341(a) Meeting Date:** 06/13/13  
**Claims Bar Date:** 03/13/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ** - PSingle family home, Y-**43 Asbury Lane, Y- | 152,500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account | 155.83 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | ,Bookcases | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 19Novelty resin statues | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing Residence | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry Residence | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Movado Watch Residence Value based on similar wa | 195.00 | 0.00 | | 0.00 | FA |
| 10 | Rabbit fur coat Residence Original purchase pric | 50.00 | 0.00 | | 0.00 | FA |
| 11 | IRA § 530(b)(1) or under a qualified State Citib | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | IRA or profit sharing plans. Give particulars. S | 6,200.00 | 0.00 | | 0.00 | FA |
| 13 | e SIRA Bank | 4,200.00 | 0.00 | | 0.00 | FA |
| 14 | Money owed | 900.00 | 0.00 | | 0.00 | FA |
| 15 | Money owed from Terry Trobiani for purchase of v | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 16 | Automobiles, trucks, trailers, and other 2008 Ma  (See Footnote) | 16,700.00 | 13,950.83 | | 12,341.08 | FA |
| 17 | Display cases At Terry Trobiani's house | Unknown | 0.00 | | 0.00 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$208,550.83** | **$28,950.83** | | **$12,341.08** | **$0.00** |

RE PROP# 16    Terry Trobiani was the co owner of the 2008 repossessed Mazda

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   May 31, 2013    **Current Projected Date Of Final Report (TFR):**   September 30, 2014  (Actual)

Printed: 10/16/2014 08:06 AM    V.13.18

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-81724  
**Case Name:** LUDVIGSEN, LISA LEE  
**Taxpayer ID #:** **-***1560  
**Period Ending:** 10/16/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/13 | {16} | Chase Auto Finance | monies available after repossession of Mazda | 1129-000 | 12,341.08 | | 12,341.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.83 | 12,329.25 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.32 | 12,310.93 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.52 | 12,294.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.09 | 12,277.32 |
| 04/03/14 | 101 | Lisa Lee Ludvigsen | exemption taken in Mazda | 8100-002 | | 2,749.17 | 9,528.15 |
| 04/03/14 | 102 | Terry Trobiani | 1/2 of the proceeds from sale of Mazda - joint owner with Bankrupt Stopped on 07/15/14 | 8500-002 | | 6,170.54 | 3,357.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.85 | 3,340.76 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.68 | 3,327.08 |
| 06/05/14 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-81724, 016018067 | 2300-000 | | 2.30 | 3,324.78 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 3,311.58 |
| 07/15/14 | 102 | Terry Trobiani | 1/2 of the proceeds from sale of Mazda - joint owner with Bankrupt Stopped: check issued on 04/03/14 | 8500-002 | | -6,170.54 | 9,482.12 |
| 07/15/14 | 104 | Terry Trobiani | payment for Mazda after repossession (1/2 of proceeds) Voided on 07/16/14 | 8500-002 | | 617.54 | 8,864.58 |
| 07/16/14 | 104 | Terry Trobiani | payment for Mazda after repossession (1/2 of proceeds) Voided: check issued on 07/15/14 | 8500-002 | | -617.54 | 9,482.12 |
| 07/16/14 | 105 | Terry Trobiani | 1/2 interest in 2008 Mazda after repossession | 8500-002 | | 6,170.54 | 3,311.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.04 | 3,299.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,289.54 |
| | | | **ACCOUNT TOTALS** | | 12,341.08 | 9,051.54 | **$3,289.54** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,341.08 | 9,051.54 | |
| | | | Less: Payments to Debtors | | | 2,749.17 | |
| | | | **NET Receipts / Disbursements** | | **$12,341.08** | **$6,302.37** | |

{} Asset reference(s)   Printed: 10/16/2014 08:06 AM   V.13.18

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81724  
**Case Name:** LUDVIGSEN, LISA LEE  

**Taxpayer ID #:** **-***1560  
**Period Ending:** 10/16/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $780,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | **Checking # ******8666** | | 12,341.08 | 6,302.37 | 3,289.54 |
| | | | | | $12,341.08 | $6,302.37 | $3,289.54 |

Printed: 10/16/14 08:06 AM       **Claims Distribution Register**       Page: 1

### Case: 13-81724   LUDVIGSEN, LISA LEE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 6 | 05/09/13 | 100 | Carol Hill<br>210 No. Walk Up<br>Crystal Lake, IL 60014<br><4220-00   Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)><br>Claim No. 6 is allowed as a secured claim but disallowed for purposes of distribution, the bankruptcy code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 2,633.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/09/13 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,386.50 | 1,386.50 | 0.00 | 1,386.50 | 1,386.50 |
| | 05/09/13 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)> | 60.00 | 60.00 | 0.00 | 60.00 | 60.00 |
| | 05/09/13 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 855.34 | 855.34 | 0.00 | 855.34 | 855.34 |
| | | | **Total for Priority 200:   100% Paid** | **$2,301.84** | **$2,301.84** | **$0.00** | **$2,301.84** | **$2,301.84** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,301.84** | **$2,301.84** | **$0.00** | **$2,301.84** | **$2,301.84** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/13/13 | 610 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7100-00   General Unsecured § 726(a)(2)> | 6,082.54 | 6,082.54 | 0.00 | 6,082.54 | 290.60 |
| 2 | 12/18/13 | 610 | Atlas Acquisitions LLC (First Equity Card Corpora<br>294 Union St.<br>Hackensack, NJ 07601<br><7100-00   General Unsecured § 726(a)(2)> | 2,902.20 | 2,902.20 | 0.00 | 2,902.20 | 138.66 |
| 3 | 01/23/14 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 770.35 | 770.35 | 0.00 | 770.35 | 36.80 |

Printed: 10/16/14 08:06 AM                    **Claims Distribution Register**                    Page: 2

### Case: 13-81724    LUDVIGSEN, LISA LEE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 4 | 02/14/14 | 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 9,550.30 | 9,550.30 | 0.00 | 9,550.30 | 456.27 |
| 5 | 05/09/13 | 610 | Terry M. Trobiani<br>3104 Route 176<br>Crystal Lake, IL 60014<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,600.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 5 | 05/09/13 | 610 | Terry M. Trobiani<br>3104 Route 176<br>Crystal Lake, IL 60014<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 43,400.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 7 | 05/09/13 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,368.20 | 1,368.20 | 0.00 | 1,368.20 | 65.37 |
| | | | **Total for Priority 610:    4.77759% Paid** | **$66,673.59** | **$20,673.59** | **$0.00** | **$20,673.59** | **$987.70** |
| | | | **Total for Unsecured Claims:** | **$66,673.59** | **$20,673.59** | **$0.00** | **$20,673.59** | **$987.70** |
| | | | **Total for Case :** | **$71,608.98** | **$22,975.43** | **$0.00** | **$22,975.43** | **$3,289.54** |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 13-81724
Case Name: LUDVIGSEN, LISA LEE
Trustee Name: JAMES E. STEVENS

**Balance on hand:**                    $    3,289.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Carol Hill | 2,633.55 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $    0.00
Remaining balance:                         $    3,289.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 855.34 | 0.00 | 855.34 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,386.50 | 0.00 | 1,386.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 60.00 | 0.00 | 60.00 |

Total to be paid for chapter 7 administration expenses:     $    2,301.84
Remaining balance:                                          $    987.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $    0.00
Remaining balance:                                              $    987.70

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 987.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,673.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 6,082.54 | 0.00 | 290.60 |
| 2 | Atlas Acquisitions LLC (First Equity Card Corpora | 2,902.20 | 0.00 | 138.66 |
| 3 | Capital One, N.A. | 770.35 | 0.00 | 36.80 |
| 4 | American Express Bank, FSB | 9,550.30 | 0.00 | 456.27 |
| 5 | Terry M. Trobiani | 0.00 | 0.00 | 0.00 |
| 5 | Terry M. Trobiani | 0.00 | 0.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 1,368.20 | 0.00 | 65.37 |

|  | Total to be paid for timely general unsecured claims: | $ 987.70 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**