**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LUDVIGSEN, LISA LEE § Case No. 13-81724
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $191,850.83                Assets Exempt: $32,039.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $987.70     Claims Discharged
                                             Without Payment: $85,256.64

Total Expenses of Administration: $2,433.67

3) Total gross receipts of $ 12,341.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,919.71 (see **Exhibit 2**), yielded net receipts of $3,421.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $241,162.00 | $2,633.55 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,433.67 | 2,433.67 | 2,433.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,257.75 | 66,673.59 | 20,673.59 | 987.70 |
| **TOTAL DISBURSEMENTS** | $323,419.75 | $71,740.81 | $23,107.26 | $3,421.37 |

    4) This case was originally filed under Chapter 7 on May 09, 2013. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2015          By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers, and other 2008 Ma | 1129-000 | 12,341.08 |
| **TOTAL GROSS RECEIPTS** | | **$12,341.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lisa Lee Ludvigsen | exemption taken in Mazda | 8100-002 | 2,749.17 |
| Terry Trobiani | 1/2 of the proceeds from sale of Mazda - joint owner with Bankrupt | 8500-002 | 0.00 |
| Terry Trobiani | payment for Mazda after repossession (1/2 of proceeds) | 8500-002 | 0.00 |
| Terry Trobiani | 1/2 interest in 2008 Mazda after repossession | 8500-002 | 6,170.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,919.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Carol Hill | 4220-000 | unknown | 2,633.55 | 0.00 | 0.00 |
| NOTFILED | Chase | 4110-000 | 5,693.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 87,778.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 147,691.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$241,162.00** | **$2,633.55** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 855.34 | 855.34 | 855.34 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,386.50 | 1,386.50 | 1,386.50 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3120-000 | N/A | 60.00 | 60.00 | 60.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.83 | 11.83 | 11.83 |
| Rabobank, N.A. | 2600-000 | N/A | 18.32 | 18.32 | 18.32 |
| Rabobank, N.A. | 2600-000 | N/A | 16.52 | 16.52 | 16.52 |
| Rabobank, N.A. | 2600-000 | N/A | 17.09 | 17.09 | 17.09 |
| Rabobank, N.A. | 2600-000 | N/A | 16.85 | 16.85 | 16.85 |
| Rabobank, N.A. | 2600-000 | N/A | 13.68 | 13.68 | 13.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.30 | 2.30 | 2.30 |
| Rabobank, N.A. | 2600-000 | N/A | 13.20 | 13.20 | 13.20 |
| Rabobank, N.A. | 2600-000 | N/A | 12.04 | 12.04 | 12.04 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,433.67 | $2,433.67 | $2,433.67 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 6,367.00 | 6,082.54 | 6,082.54 | 290.60 |
| 2 | Atlas Acquisitions LLC (First Equity Card Corpora | 7100-000 | N/A | 2,902.20 | 2,902.20 | 138.66 |
| 3 | Capital One, N.A. | 7100-000 | 770.00 | 770.35 | 770.35 | 36.80 |
| 4 | American Express Bank, FSB | 7100-000 | 9,550.00 | 9,550.30 | 9,550.30 | 456.27 |
| 5 | Terry M. Trobiani | 7100-000 | N/A | 43,400.00 | 0.00 | 0.00 |
| 5 | Terry M. Trobiani | 7100-000 | N/A | 2,600.00 | 0.00 | 0.00 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 1,368.20 | 1,368.20 | 65.37 |
| NOTFILED | Medical business bureau | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical business bureau | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical business bureau | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois collection serv | 7100-000 | 3,666.00 | N/A | N/A | 0.00 |
| NOTFILED | Gummerson, Rausch, Wand, Lee, Wombacher, LLC | 7100-000 | 4,491.50 | N/A | N/A | 0.00 |
| NOTFILED | Illinois collection serv | 7100-000 | 2,293.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois collection serv | 7100-000 | 2,755.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical business bureau | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical business bureau | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants credit guide | 7100-000 | 298.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical business bureau | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Mrsi | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom fsb | 7100-000 | 8,646.00 | N/A | N/A | 0.00 |
| NOTFILED | Target national bank | 7100-000 | 5,786.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/SAMs club | 7100-000 | 1,368.00 | N/A | N/A | 0.00 |
| NOTFILED | Terry Trobiani | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon collection serv | 7100-000 | 997.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Bank | 7100-000 | 1,816.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 12,001.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T mobility | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract callers | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Cowlin, Curran and Coppedge | 7100-000 | 1,406.25 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Certified Services | 7100-000 | 206.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach LLC | 7100-000 | 2,902.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors discount & audit | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $82,257.75 | $66,673.59 | $20,673.59 | $987.70 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81724  
**Case Name:** LUDVIGSEN, LISA LEE  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/09/13 (f)  
**§341(a) Meeting Date:** 06/13/13  

**Period Ending:** 01/21/15  
**Claims Bar Date:** 03/13/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ** - PSingle family home, Y-**43 Asbury Lane, Y- | 152,500.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account | 155.83 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | ,Bookcases | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Books | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 19Novelty resin statues | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing Residence | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry Residence | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Movado Watch Residence Value based on similar wa | 195.00 | 0.00 | | 0.00 | FA |
| 10 | Rabbit fur coat Residence Original purchase pric | 50.00 | 0.00 | | 0.00 | FA |
| 11 | IRA § 530(b)(1) or under a qualified State Citib | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | IRA or profit sharing plans. Give particulars. S | 6,200.00 | 0.00 | | 0.00 | FA |
| 13 | e SIRA Bank | 4,200.00 | 0.00 | | 0.00 | FA |
| 14 | Money owed | 900.00 | 0.00 | | 0.00 | FA |
| 15 | Money owed from Terry Trobiani for purchase of v | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 16 | Automobiles, trucks, trailers, and other 2008 Ma  (See Footnote) | 16,700.00 | 13,950.83 | | 12,341.08 | FA |
| 17 | Display cases At Terry Trobiani's house | Unknown | 0.00 | | 0.00 | FA |
| 17 | **Assets    Totals** (Excluding unknown values) | **$208,550.83** | **$28,950.83** | | **$12,341.08** | **$0.00** |

RE PROP# 16    Terry Trobiani was the co owner of the 2008 repossessed Mazda

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    May 31, 2013        **Current Projected Date Of Final Report (TFR):**    September 30, 2014  (Actual)

Printed: 01/21/2015 10:23 AM    V.13.20

Case 13-81724   Doc 36   Filed 02/12/15   Entered 02/12/15 15:39:12   Desc Main
Document   Page 8 of 9

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-81724 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LUDVIGSEN, LISA LEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***1560 | | Blanket Bond: | $780,000.00 (per case limit) |
| Period Ending: | 01/21/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/10/13 | {16} | Chase Auto Finance | monies available after repossession of Mazda | 1129-000 | 12,341.08 | | 12,341.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.83 | 12,329.25 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.32 | 12,310.93 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.52 | 12,294.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.09 | 12,277.32 |
| 04/03/14 | 101 | Lisa Lee Ludvigsen | exemption taken in Mazda | 8100-002 | | 2,749.17 | 9,528.15 |
| 04/03/14 | 102 | Terry Trobiani | 1/2 of the proceeds from sale of Mazda - joint owner with Bankrupt<br>Stopped on 07/15/14 | 8500-002 | | 6,170.54 | 3,357.61 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.85 | 3,340.76 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.68 | 3,327.08 |
| 06/05/14 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-81724, 016018067 | 2300-000 | | 2.30 | 3,324.78 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 3,311.58 |
| 07/15/14 | 102 | Terry Trobiani | 1/2 of the proceeds from sale of Mazda - joint owner with Bankrupt<br>Stopped: check issued on 04/03/14 | 8500-002 | | -6,170.54 | 9,482.12 |
| 07/15/14 | 104 | Terry Trobiani | payment for Mazda after repossession (1/2 of proceeds)<br>Voided on 07/16/14 | 8500-002 | | 617.54 | 8,864.58 |
| 07/16/14 | 104 | Terry Trobiani | payment for Mazda after repossession (1/2 of proceeds)<br>Voided: check issued on 07/15/14 | 8500-002 | | -617.54 | 9,482.12 |
| 07/16/14 | 105 | Terry Trobiani | 1/2 interest in 2008 Mazda after repossession | 8500-002 | | 6,170.54 | 3,311.58 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.04 | 3,299.54 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,289.54 |
| 11/26/14 | 106 | JAMES E. STEVENS | Dividend paid 100.00% on $855.34, Trustee Compensation;  Reference: | 2100-000 | | 855.34 | 2,434.20 |
| 11/26/14 | 107 | American InfoSource LP as agent for | Dividend paid   4.77% on $6,082.54; Claim# 1; Filed: $6,082.54; Reference: | 7100-000 | | 290.60 | 2,143.60 |
| 11/26/14 | 108 | Atlas Acquisitions LLC (First Equity Card Corpora | Dividend paid   4.77% on $2,902.20; Claim# 2; Filed: $2,902.20; Reference: | 7100-000 | | 138.66 | 2,004.94 |
| 11/26/14 | 109 | Capital One, N.A. | Dividend paid   4.77% on $770.35; Claim# 3; Filed: $770.35; Reference: | 7100-000 | | 36.80 | 1,968.14 |
| 11/26/14 | 110 | American Express Bank, FSB | Dividend paid   4.77% on $9,550.30; Claim# 4; Filed: $9,550.30; Reference: | 7100-000 | | 456.27 | 1,511.87 |
| 11/26/14 | 111 | Capital Recovery V, LLC | Dividend paid   4.77% on $1,368.20; Claim# 7; | 7100-000 | | 65.37 | 1,446.50 |

Subtotals :    $12,341.08    $10,894.58

{} Asset reference(s)

Printed: 01/21/2015 10:23 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-81724 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | LUDVIGSEN, LISA LEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8666 - Checking Account |
| Taxpayer ID #: | **-***1560 | | Blanket Bond: | $780,000.00  (per case limit) |
| Period Ending: | 01/21/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,368.20; Reference: | | | | |
| 11/26/14 | 112 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Combined Check for Claims#et_al. | | | 1,446.50 | 0.00 |
| | | | Dividend paid 100.00%   1,386.50 on $1,386.50;  Claim# ; Filed: $1,386.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    60.00 on $60.00;  Claim# ; Filed: $60.00 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,341.08 | 12,341.08 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,341.08 | 12,341.08 | |
| | | | Less: Payments to Debtors | | | 2,749.17 | |
| | | | **NET Receipts / Disbursements** | | **$12,341.08** | **$9,591.91** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8666** | 12,341.08 | 9,591.91 | 0.00 |
| | **$12,341.08** | **$9,591.91** | **$0.00** |

{} Asset reference(s)